UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 15-Cr-189 (RJL) **(01)** |
| | | **(UNDER SEAL)** |
| v. | : | |
| GILBERTO RIVERA AMARILLAS (1) | : | |
| Defendant. | : | |

**FILED**
FEB - 3 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Upon consideration of the defendant's Unopposed Motion To Schedule the Initial Appearance in this case for a date certain, and in light of the defendant's express waiver of his rights under Federal Rule of Criminal Procedure 5(a)(1)(A) to a presentment without "unnecessary delay." It is this __3rd__ day of February, 2017,

ORDERED, that the defendants' motion is GRANTED; and it is

FURTHER ORDERED, that the initial appearance in this case shall be held on February __6th__, 2017 at __3pm__, before __Hon. R.J. LEON__; and it is

FURTHER ORDERED, that the United States Marshals shall not bring defendant Gilberto Rivera Amarillas to the Superior Court cellblock on Saturday, February 3, 2017 for presentment before that Court.

_____
Richard J. Leon
United States District Judge